UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 99-20611
Summary Calendar
_____

IN THE MATTER OF:  JAMES O. AMMONS,

                                                        Debtor,

            JAMES O. AMMONS,

                                                        Appellant,

                        versus

            BIG RIVER PROPERTIES INC.,

                                                        Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-99-CV-1313)

_____

February 28, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

James O. Ammons, a Chapter 7 Debtor, appeals from the district court order affirming the bankruptcy court's lifting the automatic stay to allow Big River's state court fraud action against Ammons to proceed.

The bankruptcy court's decision to lift the stay is reviewed for abuse of discretion. *Lentino v. Cage*, __ F.3d __, 1999 WL 77140, at *2 (5th Cir. March 5, 1999). *See In re Goforth*, 179 F.3d

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

390, 392 (5th Cir. 1999) (bankruptcy court orders reviewed as if on direct appeal).

Based on our review of the sparse appellate record designated by Ammons, and essentially for the reasons stated by the district court, *In re Ammons*, No. H-99-1313 (S.D. Tex. June 17, 1999), we find no abuse of discretion.

*AFFIRMED*